In the Matter of the Claim of the COMMISSIONER OF TAXATION AND FINANCE on Account of the Death of FRANK ROTH, Deceased Employee, Respondent, against DICKSTEIN & DISLER and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State Industrial Board. Van Kirk, P. J., Hinman, Hill and Rhodes, JJ., concur; McNamee, J., not voting.

In the Matter of the Claim of ALEXANDER A. NORRIS, Respondent, against E. L. PHILLIPS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State Industrial Board. Van Kirk, P. J., Hinman, Hill and Rhodes, JJ., concur; McNamee, J., not voting.

In the Matter of the Claim of ALBERT PRICE, Respondent, against PEENE'S EXPRESS COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the claimant failed to file a claim for compensation in accordance with section 28 of the Workmen's Compensation Law, and timely objection was raised by the appellants. Van Kirk, P. J., Hinman, Hill and Rhodes, JJ., concur; McNamee, J., not voting.

In the Matter of the Claim of CAROLINE DAVENPORT, Respondent, against FREEDMAN & KISS, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Claim of HARRY WAKSMAN, Respondent, against GEORGE STRASMICH and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Claim of ALBERT FISCALETTI, Respondent, against ROCCO LARAIA & COMPANY, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Claim of RICHARD L. WELSH, Respondent, against VANLEIGH FURNITURE COMPANY and Another, Appellants. ALICE OSBORNE, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Award as to disbursement of $204 for taxicab hire affirmed. Appeal as to award of $1,145 for nursing services dismissed on the ground that the findings do not cover such nursing service award. Van Kirk, P. J., Hinman, Hill and Crapser, JJ., concur; Rhodes, J., concurs as to the affirmance of award for $204 for taxicab hire, and dissents and votes to affirm as to the award for nursing charge, on the ground that the appellants have appealed from such award, respondent has not raised any question as to the form of the decision therefor, both parties have treated it as a decision and award, and have thus waived any objection as to form, and have argued on this appeal only as to the merits thereof.

In the Matter of the Claim of DELIA McNULTY, Respondent, against NATIONAL EXHIBITION COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.